## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BUZZFEED INC.,** ) | |
| 111 East 18th Street, 13th Floor ) | |
| New York, NY 10003 ) | |
| ) | Case No. 18-cv-2372 |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **U.S. DEPARTMENT OF STATE,** ) | |
| The Executive Office ) | |
| Office of the Legal Adviser ) | |
| 600 19th Street, NW, Suite 5.600 ) | |
| Washington, DC 20522 ) | |
| ) | |
| **Defendant.** ) | |

## COMPLAINT

1.　　Plaintiff BUZZFEED INC. files this Freedom of Information Act suit to force Defendant U.S. DEPARTMENT OF STATE to produce records and communications generated by or received by U.S. embassies referencing Jared Kushner.

## PARTIES

2.　　Plaintiff BUZZFEED INC. is a member of the media and made the FOIA requests at issue in this case.

3.　　Defendant U.S. DEPARTMENT OF STATE is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4.　　This case is brought under 5 U.S.C. § 552(a)(6)(c)(i) and presents a federal question conferring jurisdiction on this Court.

5.　　Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## OCTOBER 9, 2017 FOIA REQUEST

6.      On October 9, 2017, Plaintiff requested from STATE, for the time period of January 2017 to the present: (1) all records generated by the U.S. Embassy in Tel Aviv mentioning the term "Jared Kushner," or "Kushner, Jared"; and (2) all communications between the U.S. Embassy in Tel Aviv and the Department of State in mentioning the term "Jared Kushner" or "Kushner, Jared."  A true and correct copy of the request is attached as Exhibit A.

7.      On October 17, 2017, STATE acknowledged receipt of the request and assigned it control number F-2017-16014.  A true and correct copy of the acknowledgement is attached as Exhibit B.

8.      On April 30, 2018, STATE sent an e-mail asking that BUZZFEED narrow the request.  BUZZFEED responded the same day, narrowing its request by omitting all news clippings, speeches, and press briefings from the request.  A true and correct copy of the emails is attached as Exhibit C.

9.      In June 2018, BUZZFEED made several phone calls and sent emails to STATE and narrowed the request to exclude items in the public domain and focused the request on records like emails, memos, reports, directives, and the like.

10.      In violation of FOIA, STATE has still not provided a determination or produced any records despite BUZZFEED'S good faith attempts to narrow its request.

## APRIL 28, 2018 FOIA REQUEST

11.      On April 28, 2018, BUZZFEED requested "[a]ll records pertaining to Jared Kushner, Senior Adviser to the President, for the period January 20, 2017 to the present. Specifically I'm requesting all emails, correspondence, video, logs, reports, investigations pertaining to Jared Kushner and containing the terms 'Jared Kushner,' for this period.  The records I'm requesting include any records generated by or received by the U.S. embassies in

Saudi Arabia, United Arab Emirates, Israel, Mexico, Venezuela, People's Republic of China, and Japan pertaining to Jared Kushner.  I'm also requesting all emails generated or received by the staff of these embassies for this period, pertaining to Jared Kushner." A true and correct copy of that request as auto-generated by STATE is attached as Exhibit D.

12.     On May 14, 2018, STATE acknowledged receipt of the request and assigned it control number F-2018-03059.  A true and correct copy of the acknowledgement is attached as Exhibit E.

13.     In May 2018, through phone calls and emails, BUZZFEED worked with STATE to narrow and refine the request to exclude press articles, press briefings, speeches, and other items already in the public domain.  A true and correct copy of the emails is attached as Exhibit F.

14.     In June 2018, BUZZFEED followed up with STATE regarding the status of the request.

15.     In violation of FOIA, STATE has still not provided a determination or produced any records.

### COUNT I – OCTOBER 9, 2017 VIOLATION OF FOIA

16.     The above paragraphs are incorporated herein.

17.     Defendant STATE is an agency subject to FOIA.

18.     Plaintiff made a FOIA request to Defendant for agency records of Defendant.

19.     One or more of the requested records are not exempt from disclosure.

20.     Defendant has failed to produce the requested records.

### COUNT II – APRIL 28, 2018 VIOLATION OF FOIA

21.     The above paragraphs are incorporated herein.

22.     Defendant STATE is an agency subject to FOIA.

23.     Plaintiff made a FOIA request to Defendant for agency records of Defendant.

24.     One or more of the requested records are not exempt from disclosure.

25.     Defendant has failed to produce the requested records.

**WHEREFORE,** Plaintiff asks the Court to:

i.      Order Defendant to conduct a reasonable search for records and to produce all non-exempt requested records within 90 days of service of the Complaint;

ii.     Award Plaintiff's attorney fees and costs; and

iii.    Enter any other relief the Court deems appropriate.

DATED: October 15, 2018

Respectfully Submitted,

/s/ Matthew Topic

Attorneys for Plaintiffs

Matthew Topic
(E-Mail:  foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
Bar No. IL0037

Matthew Schafer
(E-Mail: matthew.schafer@buzzfeed.com)
BUZZFEED INC.
111 East 18th Street, 13th Floor
New York, NY 10003
Tel.: (646) 660-0693
Fax: (212) 431-7461
Bar No. 1008728